**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| 18 ALEXANDRA DRIVE, IL, LLC | ) | CASE NO. 24-00632 |
| | ) | |
| DEBTOR(S) | ) | HONORABLE DAVID D. CLEARY |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Wednesday**, **February 14, 2024**, at **10:00 a.m.**, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the **Motion to Transfer Chapter 7 Case for Reassignment**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **161 122 6457** and the password is **Cleary644**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: January 31, 2024          */s/ Jeffrey Gansberg*
                                 Jeffrey Gansberg, Trial Attorney
                                 U.S. Department of Justice
                                 Office of the United States Trustee
                                 219 S. Dearborn Street, Room 873
                                 Chicago, Illinois 60604
                                 (312) 886-3327

## CERTIFICATE OF SERVICE

      I, Jeffrey L. Gansberg, an attorney, certify that on January 31, 2024, I caused to be served copies of this notice, the attached motion, and proposed order on the ECF Registrants shown below via the Court's Electronic Notice for Registrants and via First Class US Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

                          /s/ *Jeffrey L. Gansberg*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants**

- **James Graham**    jgraham@jamesgrahamlaw.com
  graham.jamesr84905@notify-prod.bestcase.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

**Parties served via first class U.S. Mail**
**(Served by BMC Group)**

18 Alexandra Drive, IL, LLC
18 Alexandra Dr IL, LLC
Mettawa, IL 60048

111 Ronald Road IL, LLC
40 Memorial Highway, Suite 36G
New Rochelle, NY 10801

James Graham, Jr
The Law Office of James A Graham LLC
701 Loyola St., Suite 403
New Orleans, LA 70113

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| 18 ALEXANDRA DRIVE, IL, LLC | ) | CASE NO. 24-00632 |
| | ) | |
| DEBTOR(S) | ) | HONORABLE DAVID D. CLEARY |

**MOTION TO TRANSFER CHAPTER 11 CASE FOR REASSIGNMENT**

NOW COMES Patrick S. Layng, the United States Trustee for the Northern District of Illinois (hereinafter referred to as the "U.S. Trustee"), by his attorney, Jeffrey L. Gansberg, and pursuant to Local Rule 1015-1 moves this Court for entry of an order transferring the Chapter 11 case of 18 Alexandra Drive, IL, LLC, (the "Debtor") to the Chief Judge for reassignment. In support of his request, the U.S. Trustee states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334.

2. This is a core proceeding concerning the administration of the estate under 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15A and LR40.3.1(a) of the United States District Court for the Northern District of Illinois.

3. On January 4, 2024, debtor 111 Ronald Road IL, LLC ("111 Ronald Road") filed a voluntary chapter 11 petition. That case was assigned case number 24 B 00076 and was assigned to the Honorable Jacqueline P. Cox. 111 Ronald Road's petition was signed by Marc A. Cox ("Mr. Cox"). *See* Dkt No. 1, Case Number 24 B 00076. 111 Ronald Road's petition, schedules, and statement of financial affairs were generally devoid of any other useful information.

4. On January 17, 2024, the Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. The Petition was signed by Mr. Cox, this time using the title of "Managing Member." *See*, Dkt No. 1. Like the 111 Ronald Road petition, schedules,

and statement of financial affairs, the documents in this case were similarly devoid of required disclosures. Additionally, the filing fee has not been paid in this case.[1]

5. Both the 111 Ronald Road case and this case were filed by attorney James Graham whose offices are in New Orleans, Louisiana.

6. The U.S. Trustee, through the Assistant U.S. Trustee communicated with Mr. Graham instructing him to take whatever action was necessary if this case was related to the 111 Ronald Road case. Mr. Graham did not respond and has taken no action.

7. Despite Mr. Graham's and the Debtor's refusal to cooperate, the U.S. Trustee believes that this case and the 111 Ronald Road case are affiliated cases. The U.S. Trustee believes that Mr. Cox is an affiliate of each debtor by virtue of his ownership of each. As such, they are affiliates of one another under §101(2).

8. Because this case is related to the 111 Ronald Road Case, the U.S. Trustee believes this Court should enter an order transferring this case to the Chief Judge for reassignment to Judge Cox pursuant to Local Rule 1015-1(C).

WHEREFORE, the U.S. Trustee respectfully requests this Court enter an order transferring this case to the Chief Judge for reassignment to the Honorable Jacqueline P. Cox and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: January 31, 2024

*/s/ Jeffrey Gansberg*
Jeffrey Gansberg, Trial Attorney
Office of the United States Trustee
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-3327

---

[1] As a result of the Debtor's failure to pay the filing fee, the Clerk will not accept the U.S. Trustee's notice of 341 Meeting of Creditors – allowing the Debtor to substantially interfere with the administration of this case.